Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | M. David Weisman |
|---|---|---|---|
| CASE NUMBER | 21 GJ 703 | DATE | NOVEMBER 15, 2021 |
| CASE TITLE | U.S. v. RONALD T. MOLO | | |

DOCKET ENTRY TEXT      **U N D E R   S E A L**

### Grand Jury Proceeding

The Grand Jury for ___SPECIAL NOVEMBER 2020___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge ___M. David Weisman___

TO ISSUE BENCH WARRANT AND SET PRELIMINARY BAIL AT $4,500. THE DEFENDANT SHALL BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT.

PRIOR TO SEALING, THE GOVERNMENT REQUESTS THAT ONE (1) COPY OF THE ARREST WARRANT BE PROVIDED TO ASSISTANT U.S. ATTORNEY BRIAN HAVEY, BRIAN.HAVEY@USDOJ.GOV, AND TO INVESTIGATING LAW ENFORCEMENT AGENT, SPECIAL AGENT CASSIE SANFREY, CDSANFREY@FBI.GOV, IN ORDER TO EXECUTE THE ARREST OF THE DEFENDANT.

THIS INFORMATION IS TO REMAIN SEALED UNTIL THE DEFENDANT IS ARRESTED, OR UNTIL FURTHER ORDER OF THE COURT.

SIGNATURE OF JUDGE ___M. David Weisman___  (ONLY IF FILED
or MAGISTRATE JUDGE                                                  UNDER SEAL)

Courtroom Deputy Initials: _RS_


FILED
11/15/2021
NG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1