UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

           v.

RONALD T. MOLO

No. 21 CR 698

Hon. Sunil R. Harjani

## **ORDER**

Government's motion to unseal the case is granted. Case ordered unsealed.

Date: 11/23/2021

_____
HON. SUNIL R. HARJANI