

BOND, CLOSED

# U.S. District Court
## Middle District of Florida (Tampa)
### CRIMINAL DOCKET FOR CASE #: 8:21-mj-02147-AAS-1

| | |
|---|---|
| Case title: USA v. Molo | Date Filed: 11/23/2021 |
| Other court case number: 1:21-cr-698 Northern District of Illinois - Eastern Division | Date Terminated: 11/23/2021 |

Assigned to: Magistrate Judge Amanda Arnold Sansone

**Defendant (1)**

| | | |
|---|---|---|
| **Ronald T. Molo**<br>TERMINATED: 11/23/2021 | represented by | **Percy King**<br>Federal Public Defender<br>400 N. Tampa St., Suite 2700<br>Tampa, FL 33602<br>Email: Percy_King@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION | |

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: ArielGuzman

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Maria Guzman**<br>US Attorney's Office - FLM<br>Suite 3200<br>400 N Tampa St |

Tampa, FL 33602-4798
813-274-6000
Email: Maria.Guzman@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2021 | 1 | Arrest pursuant to Rule 5(c)(2) of Ronald T. Molo from the Northern District of Illinois - Eastern Division. (CDM) (Entered: 11/23/2021) |
| 11/23/2021 | 2 | ***CJA 23 Financial Affidavit by Ronald T. Molo. (CDM) (Entered: 11/23/2021) |
| 11/23/2021 | 3 | ORAL MOTION to Appoint Counsel by Ronald T. Molo. (CDM) (Entered: 11/23/2021) |
| 11/23/2021 | 4 | ORAL MOTION for Release from Custody by Ronald T. Molo. (CDM) (Entered: 11/23/2021) |
| 11/23/2021 | 5 | Minute Entry for In Person proceedings held before Magistrate Judge Amanda Arnold Sansone: Oral Order granting 3 Motion to Appoint Counsel Percy King appointed as to Ronald T. Molo (1); Oral Order granting 4 Motion for Release from Custody as to Ronald T. Molo (1); INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 11/23/2021 as to Ronald T. Molo from the Northern District of Illinois - Eastern Division. Appearance entered by Percy King for Ronald T. Molo on behalf of defendant; Bond Hearing as to Ronald T. Molo held on 11/23/2021. (digital) (CDM) (Entered: 11/23/2021) |
| 11/23/2021 | 6 | ***CJA 23 Financial Affidavit by Ronald T. Molo. (CDM) (Entered: 11/23/2021) |
| 11/23/2021 | 7 | **ORAL ORDER as to Ronald T. Molo: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Amanda Arnold Sansone on 11/23/2021. (CDM)** (Entered: 11/23/2021) |
| 11/23/2021 | 8 | Appearance BOND (signature) entered as to Ronald T. Molo in amount of $ 25,000.00. (CDM) (Entered: 11/23/2021) |
| 11/23/2021 | 9 | **ORDER Setting Conditions of Release as to Ronald T. Molo (1) $25,000.00 signature bond. Signed by Magistrate Judge Amanda Arnold Sansone on 11/23/2021. (CDM)** (Entered: 11/23/2021) |
| 11/23/2021 | 10 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Northern District of Illinois - Eastern Division as to Ronald T. Molo Signed by Magistrate Judge Amanda Arnold Sansone on 11/23/2021. (CDM)** (Entered: 11/23/2021) |
| 11/23/2021 |  | NOTICE to Northern District of Illinois of a Rule 5 or Rule 32 Initial Appearance as to Ronald T. Molo regarding your case number: 1:21-cr-698. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (CDM) (Entered: 11/23/2021) |

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BY: *ArielGuzman*

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

| | |
|---|---|
| CASE NO.   8:21-mj-2147-AAS | DATE:   November 23, 2021 |
| HONORABLE   AMANDA ARNOLD SANSONE | INTERPRETER   N/A  LANGUAGE |
| UNITED STATES OF AMERICA v. | AUSA Maria Guzman  Government Counsel |
| RONALD T. MOLO  Defendant | AFPD Percy King  Defense Counsel |
| COURT RPTR/TAPE   Digital | DEPUTY CLERK   Cathy Morgan |
| TIME   2:13 – 2:40   Total - 27 min. | COURTROOM   10B |

### PROCEEDINGS: **INITIAL APPEARANCE/NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| X | Deft provided w/copy of   Indictment |
| X | ARREST DATE:   November 23, 2021 |
| X | Court summarized charges |
| X | Court advises of Deft's Rule 5 rights |
| X | Financial Affidavit submitted for approval |
| X | FPD appointed for all purposes in this district (def. has retained counsel in Illinois) |
| X | Defendant waives identity hearing |
| X | Govt position on release – signature bond |
| X | Court sets a $25,000 signature bond |
| X | Pretrial Services supervision |
| X | Mental health evaluation and/or treatment. This condition may be reviewed by Pretrial Services or the court for the Northern District of Illinois |
| X | Surrender passport |
| X | Travel enlarged to the Northern District of Illinois – where charges are pending |
| X | No new passport |

Comments: _____

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
**CLERK OF COURT**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

BY: ArielGuzman

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America )<br>v. )<br>RONALD T. MOLO )<br>_____ )<br>*Defendant* ) | Case No. 8:21-mj-2147-AAS |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Ronald T. Molo_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ 25,000.00 .

( ) (3) This is a secured bond of $ _____ , secured by:

    ( ) (a) $ _____ , in cash deposited with the court.

    ( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: ArielGuzman

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 11/23/2021

*[signed]*
Defendant's signature

_____  _____
Surety/property owner – printed name  Surety/property owner – signature and date

_____  _____
Surety/property owner – printed name  Surety/property owner – signature and date

_____  _____
Surety/property owner – printed name  Surety/property owner – signature and date

CLERK OF COURT

Date: 11/23/2021

*Cathy Morgan*
Signature of Clerk or Deputy Clerk

Approved.

Date: 11/23/2021

*[signed]*
Judge's signature

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           CASE NO. 8:21-mj-2147-AAS

RONALD T. MOLO

### ORDER OF RELEASE

It is ORDERED:

1. That the conditions of release are established as set forth below.

2. That the United States Marshal is directed to release the above-named Defendant upon his agreement, in writing, to comply with the following conditions of release.

ENTERED in Tampa, Florida on November 23, 2021.

_____
AMANDA ARNOLD SANSONE
U.S. MAGISTRATE JUDGE

### CONDITIONS OF RELEASE

1. Defendant must appear before the Court in accordance with all notices.

2. Defendant is currently in the Middle District of Florida but is making travel plans to return to the Northern District of Illinois. Defendant must not at any time, for any reason whatsoever, leave the Northern

1

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BY: ArielGuzman

District of Illinois without first obtaining written permission of the United States District Court for the Northern District of Illinois, the district court where criminal charges are pending.

3. Defendant must not change his present address without prior approval from the United States Pretrial Services Agency (Pretrial Services). Defendant must keep Pretrial Services informed of any telephone number changes.

4. Defendant must not commit a federal, state, or local crime during the period of his release. Defendant must inform Pretrial Services immediately if arrested or otherwise charged with any offense. Defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. § 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. § 1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing acts.

5. Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

6. SPECIAL CONDITIONS OF DEFENDANT'S RELEASE

   * Defendant must report to Pretrial Services as directed.

   * Defendant must submit to a mental health evaluation and any treatment deemed necessary, to include psychiatric medication and treatment with the costs to be borne by the defendant as directed by Pretrial Services. This condition is subject to review by Pretrial Services or the Northern District of Illinois.

   * Defendant must surrender his passport to Pretrial Services at their direction. Upon being placed on probation, being taken into custody for imposition of sentence, dismissal, or not guilty verdict, Defendant will have 180 days to file a motion requesting

2

      the return of the passport. If such motion is not filed, Pretrial Services will return Defendant's passport to the United States Department of State.

  \*    Defendant may not obtain a passport or any new travel documents.

  \*    Defendant must post a signature bond in an amount totaling $25,000.00

  \*    Defendant shall appear telephonically before Judge Harjani on December 2, 2021 at 2:00 p.m.

7. A violation of any of the above conditions may result in the immediate issuance of a warrant for Defendant's arrest and may result in a forfeiture of any bond.

   Further, upon re-arrest, Defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established.

   Moreover, a person who violates his/her conditions of release may be prosecuted for contempt of Court.

8. A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he/she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with --

   (a) an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

   (b) an offense punishable by imprisonment for a term of five or more

3

years, but less than -15 years, the penalties for failure to appear are a fine of not more than $250,000 or imprisonment for not more than five years, or both;

(c) any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

(d) a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph (b), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

Any term of imprisonment for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense that is committed while Defendant is released under these conditions of release may be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

4

Signed in Tampa, Florida, this __23rd__ day of November, 2021.

_____          _____
WITNESS                          DEFENDANT

1. The Middle District of Florida consists of the following Florida Counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

2. The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813/301-5400 and 801 North Florida Avenue, United States Courthouse, Tampa, Florida 33602.

3. The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: 813/274-6401.

4. The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are: 813/274-6000; Park Tower, Suite 3200, 400 N. Tampa Street, Tampa, Florida 33602.

5. The commercial telephone number of the United States Pretrial Services Agency is 813/225-7648, and the toll-free number is 1/800/676-0125.

6. <u>NOTICE TO COUNSEL AND DEFENDANT</u>: Requests to travel outside the area permitted in this document must be submitted **at least three (3) BUSINESS** days prior to the date upon which travel is expected to begin. Failure to comply with this requirement may result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.

**RONALD T. MOLO**

Case No. 8:21-mj-2147-AAS
Case No. 1:21-cr-698

## ORDER OF REMOVAL

The defendant, Michael Webb, having been apprehended in the Middle District of Florida, Tampa Division, on a warrant issued in the Northern District of Illinois, subsequently having been released on bond, the Defendant is hereby,

ORDERED to appear telephonically in the United States District Court for the Northern District of Illinois, located at the Everett McKinley Dirksen United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, on **Thursday, December 2, 2021 at 2:00 p.m.** for his status hearing before Judge Harjani.

ORDERED at Tampa, Florida this ___23rd___ day of November, 2021

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: ArielGuzman