UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Ronald T. Molo | No. 21 CR 698<br><br>Hon. Sunil R. Harjani |

## ORDER

Arraignment proceedings held. With the consent of the defendant, upon advice of counsel, and pursuant to the CARES Act, all parties appeared for this hearing by telephone conference. Enter order appointing Jasmine Johnson from the Federal Defender Program as counsel for defendant for initial appearance only. Defendant informed of his rights. Defendant acknowledges receipt of the Indictment, waives formal reading, and enters a plea of not guilty. Rule 16.1 (a) conference to be held by 12/9/2021. Status hearing before Judge Gettleman is set for 12/21/2021 at 9:15 a.m. Order Setting Conditions of Release previously entered stands. Pretrial Services oral request to amend conditions is granted. Amended Order Setting Conditions of Release shall be submitted to the Courtroom Deputy no later than the close of business 12/3/2021. Government moves for exclusion of time under the Speedy Trial Act, without objection from defendant. For the reasons stated on the record, the Court finds that time shall be excluded through and including 12/21/2021 pursuant to 18 U.S.C. § 3161 (h)(1)(D) and (h)(7) because the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. (X-T)

Date: 12/2/2021

_____
HON. SUNIL R. HARJANI

Time: 10 min