# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                       Case No.: 1:21−cr−00698

                                                               Honorable Robert W. Gettleman

Ronald T. Molo

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 5, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman as to Ronald T. Molo: At government counsel's request, telephonic hearing set for 2/4/2022 is stricken and reset to 1/14/2022 at 9:30 a.m. The call−in number is (888) 684−8852 and the access code is 1503395. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.