IN THE UNITED STATES DISTRICT COURT
FOR THE NORTER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21 CR 698 |
| | ) | The Hon. Judge Gettleman |
| RONALD MOLO, | ) | |
|     Defendant. | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Now Comes Defendant, RONALD MOLO and respectfully requests this honorable court permit his court-appointed counsel, JASMINE JOHNSON, to withdraw as attorney of record, and allow JOSHUA B. ADAMS, to file his appearance as counsel of record in this matter.

Respectfully submitted,

s/Joshua B. Adams
Joshua B. Adams
Counsel for Ronald Molo

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
900 W. Jackson Blvd., Suite 6-East
Chicago, IL 60607
(312)566-9173
Josh@adamsdefenselaw.com