# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:21−cr−00698
Honorable Robert W. Gettleman

Ronald T. Molo

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, January 15, 2022:

MINUTE entry before the Honorable Robert W. Gettleman as to Ronald T. Molo: Newly retained defense counsel emailed the courtroom deputy that he was filing his appearance on defendant Molo's behalf. The appearance was filed on 1/14/2022 [25]. Motion for substitution of counsel [26] is granted. Rule 16.1 (a) conference to be held by 1/25/2022. Telephonic hearing set for 1/18/2022 is stricken and reset back to 2/4/2022 at 9:00 a.m. The call−in number is (888) 684−8852 and the access code is 1503395. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.