# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                                         Case No.: 1:21–cr–00698
                                                                        Honorable Robert W. Gettleman

Ronald T. Molo

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 20, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman as to Ronald T. Molo: Telephonic hearing held on 4/20/2022. Defendant appeared on the hearing telephonically. The parties report they are in plea negotiations. Telephonic hearing set for 6/16/2022 at 9:00 a.m. The call–in number is (888) 684–8852 and the access code is 1503395. By agreement, the Court deems the period of time from 4/20/2022 to 6/16/2022 excludable under 18 U.S.C. §3161(h)(7)(A) – interest of justice. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.