# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                               Case No.: 1:21−cr−00698
                                                   Honorable Robert W. Gettleman

Ronald T. Molo

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 24, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman as to Ronald T. Molo: Telephonic hearing held on 8/24/2022. Defendant appeared on the hearing telephonically. Telephonic change of plea hearing set for 10/3/2022 at 11:15 a.m. Counsel are directed to submit a draft plea agreement to the courtroom deputy by 9/27/2022. Members of the public and media may listen to these proceedings by dialing (888) 684−8852 and using the access code is 1503395. Counsel of record and other essential case participants will receive an email prior to the start of the telephone hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. By agreement, the Court deems the period of time from 8/24/2022 to 10/3/2022 excludable under 18 U.S.C. §3161(h)(7)(A) − interest of justice. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.