**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:21−cr−00698 |
| | Honorable Robert W. Gettleman |
| Ronald T. Molo | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 3, 2022:

MINUTE entry before the Honorable Robert W. Gettleman as to Ronald T. Molo: Telephonic status hearing held on 10/3/2022. Video change of plea hearing set for 11/8/2022 at 10:00 a.m. on the Webex platform. The parties are directed to email the courtroom deputy a draft of the plea agreement by 11/1/2022. Members of the public and media may listen to these proceedings by dialing (650) 479−3207 the meeting number, access code, or PIN/ID is 1809883385. Counsel of record and other essential case participants will receive an email prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. By agreement, the Court deems the period of time from 10/3/2022 to 11/8/2022 excludable under 18 U.S.C. §3161(h)(7)(A) – interest of justice. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.