## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.                                                   Case No.: 1:21–cr–00698
                                                     Honorable Robert W. Gettleman

Ronald T. Molo

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 8, 2022:

     MINUTE entry before the Honorable Robert W. Gettleman as to Ronald T. Molo: Telephonic status hearing held on 11/8/2022. Defendant appeared on the hearing telephonically. In–person change of plea hearing set for 12/1/2022 at 2:00 p.m. By agreement, the Court deems the period of time from 11/8/2022 to 12/1/2022 excludable under 18 U.S.C. §3161(h)(7)(A) – interest of justice. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.