IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD MOLO,<br><br>Defendant. | Case No. 21 CR 698<br>Judge Robert W. Gettleman |

## ORDER

In person plea hearing held on 12/1/2022. Defendant enters plea of guilty to Count One of the Indictment. Defendant advised of his rights. Plea of guilty is accepted. Enter plea agreement. Enter finding of guilty. Cause is referred to the Probation Department for a pre-sentence investigation and report. In person sentencing is set for 3/21/2023 at 10:00 a.m. Sentencing briefs are due by 3/7/2023.

     Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5).

(00:35)

Date: 12/1/2022

United States District Judge
Robert W. Gettleman