UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 21 CR 698 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| RONALD T. MOLO | ) | |

GOVERNMENT'S MOTION TO SEAL ITS SENTENCING MEMORANDUM

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby moves to seal its Position Paper as to Sentencing Factors (doc. 45) pursuant to Local Rule 26.2, and states as follows:

1. On March 29, 2023, the government filed its sentencing memo, entitled Government's Position Paper as to Sentencing Factors (doc. 45), pursuant to the schedule set by this Court. In that sentencing memo, the government quoted from certain victim impact statements that were submitted to the Probation Officer and then to the Court via a Supplemental Report of the Probation Officer (doc. 44). The government referred to the persons who submitted the victim impact statements by their initials.

2. To further protect the identities and privacy interests of those persons who submitted victim impact statements, the government requests that the Court place under seal the sentencing memo filed by the government. Following the sealing of that document, the government will file a redacted version of its sentencing memo.

WHEREFORE, the United States respectfully requests that the Court grant this motion and seal its sentencing memo (doc. 45) pursuant to Local Rule 26.2.

        Respectfully submitted,

        MORRIS PASQUAL
        Acting United States Attorney

By:   */s/Brian R. Havey*
       BRIAN R. HAVEY
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 469-6305
       brian.havey@usdoj.gov