IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21 CR 698 |
| | ) | The Hon. Judge Gettleman |
| RONALD MOLO, | ) | |
| Defendant. | ) | |

## RONALD MOLO'S LEAVE TO FILE MOTION UNDER SEAL PURSUANT TO LOCAL RULE 26.2

NOW COMES Defendant, RONALD MOLO, through his counsel, JOSHUA B. ADAMS, and respectfully requests this Honorable Court to permit Mr. Molo to file the attached exhibit under seal, because it contains sensitive and confidential records.

Respectfully submitted,

/s/Joshua B. Adams
Joshua B. Adams
Counsel for Ronald Molo

LAW OFFICES OF JOSHUA B. ADAMS, P.C.
900 W. Jackson Blvd., Suite 7 East
Chicago, IL 60604
(312) 566-9173