# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                                          Case No.: 1:21−cr−00698
                                                                         Honorable Robert W. Gettleman

Ronald T. Molo

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 19, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman as to Ronald T. Molo: Ronald Molo's Motion for Leave To File Motion Under Seal Pursuant To Local Rule 26.2 [51] is granted. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.