IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21 CR 698 |
| | ) | The Hon. Judge Gettleman |
| RONALD MOLO, | ) | |
|     Defendant. | ) | |

**RONALD MOLO'S MOTION TO EXPAND CONDITIONS OF RELEASE**

NOW COMES Defendant, Ronald Molo, through his counsel, Joshua B. Adams, and respectfully requests this honorable court expand the conditions of his release and permit him to travel to Lexington, Kentucky from June 30 through July 4, 2023. In support of his motion, Mr. Molo states the following.

1. On May 23, 2023, this honorable court sentenced Mr. Molo to 24 months imprisonment.

2. Mr. Molo has scheduled a trip with his family to Lexington, Kentucky between June 30, 2023 through July 4, 2023.

3. The government takes no position on this motion.

        Respectfully Submitted,

        <u>s/Joshua B. Adams</u>
        Joshua B. Adams
        Counsel for Ronald Molo

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
900 W. Jackson Blvd, Suite 7E
Chicago, IL 60607
(312)566-917