# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:21−cr−00698
Honorable Robert W. Gettleman

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 28, 2023:

MINUTE entry before the Honorable Robert W. Gettleman as to Ronald T. Molo: Ronald Molo's Motion To Expand Conditions Of Release [59] is granted. Defendant's bond conditions are modified to allow defendant to travel with his family to Lexington, Kentucky, between June 30, 2023 through July 4, 2023. Defendant is directed to provide Pretrial Services with this itinerary including where he will be staying and contact Pretrial Services upon his return. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.