IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21 CR 698 |
| | ) | The Hon. Judge Gettleman |
| RONALD MOLO, | ) | |
|     Defendant. | ) | |

## RONALD MOLO'S MOTION TO EXTEND SURRENDER DATE

NOW COMES Defendant, RONALD MOLO, through his counsel, JOSHUA B. ADAMS, and respectfully requests this Honorable Court to extend Mr. Molo's surrender date currently schedule for August 15, 2023 for a period of 30 days. In support of his motion, Mr. Molo states the following.

1. On May 23, 2023, this honorable court sentenced Mr. Molo to 24 months imprisonment. His surrender date is set for August 15, 2023, at Thompson FCI.

2. Recently, Mr. Molo had checkups with his physicians prior to his incarceration. Based on his examinations, Mr. Molo reports that his doctors require additional tests and to place Mr. Molo on medication.

3. Furthermore, Mr. Molo did not receive notification of his BOP designation until two weeks ago. He respectfully requests this additional month to get his affairs in order and prepare to serve his 24-month sentence.

THEREFORE, Mr. Molo respectfully requests this honorable court extend his surrender date for a period of 30 days.

                                  Respectfully submitted,

                                  /s/Joshua B. Adams
                                  Joshua B. Adams
                                  Counsel for Ronald Molo

LAW OFFICES OF JOSHUA B. ADAMS, P.C.
900 W. Jackson Blvd., Suite 7 East
Chicago, IL 60604
(312) 566-9173