## *United States District Court for the Northern District of Illinois*

Case Number:                                 Assigned/Issued By:

Judge Name:                                    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $402.00      ☐ $49.00      ☐ $5.00

                     ☐ IFP           ☐ No Fee      ☐ Other _____

                     ☐ $505.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____                   Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons               ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

                                                  (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
          (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                     (Date)