UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 21 CR 698 |
| v. ) | |
| ) | Judge Gettleman |
| RONALD T. MOLO, ) | |
| ) | |
| Defendant. ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Julia D. Loper
    JULIA D. LOPER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5351
    julia.loper@usdoj.gov