Issued by the

# United States District Court

*P.O.S.*

### NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

    v.

**THIRD PARTY CITATION TO DISCOVER ASSETS**

CASE NUMBER: 21 CR 698

RONALD T MOLO

TO:    Heartland Bank and Trust Company, Attn: Legal Processing, 401 North Hershey Road Bloomington, Illinois 61704

On May 23, 2023, the court entered judgment in favor of the United States and against Ronald T Molo, \*\*\*-\*\*-8203, and it remains unsatisfied in the total amount of $710,408.00.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until further order of court or termination of the proceedings. You are required to withhold the payment or transfer of any money or other property no more than twice the amount of the unsatisfied judgment.

**YOUR FAILURE TO APPEAR AND ANSWER AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to

be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

| PLACE OF TESTIMONY | COURTROOM | DATE AND TIME |
|---|---|---|
|  |  |  |

☒ YOU ARE COMMANDED to appear in the Office of the United States Attorney at the place, date, and time specified

below to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

| **PLACE OF TESTIMONY** | **DATE AND TIME** |
|---|---|
| 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604 | October 20, 2023 at 10:30 a.m.<br>A timely written answer will make your personal appearance unnecessary. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents at the place,

date, and time specified above: See attached rider.

| **CERTIFICATE OF ATTORNEY** | **THOMAS G. BRUTON, Clerk of the District Court** |
|---|---|
| The undersigned certifies under penalties of perjury provided by law (735 ILCS 5/1-109) that on May 23, 2023 judgment was entered against the defendant in the amount of $710,408.00 in the **United States District Court for the Northern District of Illinois** in case number 21 CR 698, and the balance now due is $710,408.00. | |
| s/ Julia D. Loper | _____<br>(By) Deputy Clerk |
| Julia D. Loper, Assistant United States Attorney, 219 S. Dearborn Street, 5th Fl., Chicago, Illinois 60604; (312) 469-6298. | |
| THOMAS G. BRUTON, CLERK<br><br>*Amanda Keil*<br><br>**(By) DEPUTY CLERK** | October 2, 2023<br>_____<br>DATE |

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | 10/04/2023 | Heartland Bank and Trust Company, Attn: Legal Processing<br>401 North Hershey Road Bloomington, Illinois 61704 |
| **SERVED ON (PRINT NAME)**<br>Heartland Bank and Trust Company | | **MANNER OF SERVICE**<br>Federal Express |
| **SERVED BY (PRINT NAME)**<br>Veronica Flournoy | | **TITLE**<br>Legal Assistant |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that I am over 21 years of age and the foregoing information contained in the Proof of Service is true and correct.

Executed on __10/04/20203__
DATE

*Veronica Flournoy*
SIGNATURE OF SERVER

219 S. Dearborn Street, 5th Floor, Chicago, Illinois 60604
ADDRESS OF SERVER

### Notice to judgment debtor pursuant to the Illinois Code of Civil Procedure § 2-1402(b)

**CITATION NOTICE**

In the United States District Court
for the Northern District of Illinois
219 S. Dearborn St., Chicago, Illinois

United States,          Judgment Creditor

v.

Ronald T Molo,          Judgment Debtor
Inmate 75666-509
USP Thomson, U.S. Penitentiary
PO Box 1002
Thomson, Illinois 61285

Amount of judgment: $710,408.00

This citation is directed to: Heartland Bank and Trust Company

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to appear at the place designated above to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to you, the judgment debtor, or in which you, the judgment debtor, has an interest. The citation was issued on the basis of a judgment against you, the judgment debtor, in favor of the judgment creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment for criminal fines and restitution is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.

Under federal law relating to the enforcement of judgments for criminal fines and restitution, the property exempt from levy is:

**(1) Wearing apparel and school books** necessary for the debtor or for his family;

**(2) Fuel, provisions, furniture, and personal effects** in the debtor's household, and for personal use, livestock, and poultry of the debtor, as does not exceed $9,690 in value;

**(3) Books and tools of a trade, business, or profession** necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate $4,850 in value;

**(4) Unemployment benefits** payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents).

**(5) Undelivered mail** to any person, which has not been delivered to the addressee.

**(6) Certain annuity and pension payments** under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll, and annuities based on retired or retainer pay under chapter 73 of title 10 of the United States Code.

**(7) Workmen's compensation** payable to an individual (including any portion thereof payable with respect to dependents) under a workmen's compensation law.

**(8) Judgments for support of minor children** required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children.

**(9) Certain service-connected disability payments** payable to an individual as a service-connected (within the meaning of section 101(16) of title 38, United States Code) disability benefit.

**(10) Assistance under Job Training Partnership Act.** under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act. (See 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.)

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 S. Dearborn, 20th Floor, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing.

**Certificate of Mailing**

I certify that within three business days of service on the above-named third-party citation respondent a copy of this citation to discover assets and citation notice were sent by first class U.S. Mail to the judgment debtor's last known address, which is Inmate 75666-509, USP Thomson, U.S. Penitentiary, PO Box 1002 Thomson, Illinois 61285.

*Veronica Flournoy*

# FedEx

October 05, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 773602958346

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.IRENA | **Delivery Location:** | 401 N HERSHEY RD |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | BLOOMINGTON, IL, 61704 |
| | | **Delivery date:** | Oct 4, 2023 11:49 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 773602958346 | **Ship Date:** | Oct 3, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Attn: LEGAL PROCESSING, Heartland Bank and Trust Company
401 NORTH HERSHEY ROAD
BLOOMINGTON, IL, US, 61704

**Shipper:**
Veronica Flournoy,
219 S. Dearborn Street
Room 500
Chicago, IL, US, 60604

| | |
|---|---|
| **Reference** | Ronald T. Molo |
| **Department Number** | FLU |



Thank you for choosing FedEx