


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | **FILED** |
| v. | ) | |
| | ) | OCT 12 2023 SB |
| Ronald T Molo | ) No. 21 CR 698 | |
| Defendant, | ) | THOMAS G. BRUTON |
| | ) Judge: Gettleman | CLERK, U.S. DISTRICT COURT |
| and | ) | |
| Heartland Bank and Trust Company, | ) | |
| Third Party Citation Respondent. | ) | |

## ANSWER OF THIRD PARTY CITATION RESPONDENT

I, __Edwina Beckman__, the __Legal Orders Processing Analyst II__ of Respondent, __Heartland Bank and Trust Company__, state
   (name)                    (title)
under penalty of perjury as follows:

The Respondent is a __Financial Institution__ organized under the laws of the State of __Illinois__.
                    (partnership, corporation)

On __10/04/2023__, Respondent was served with the Third Party Citation to Discover Assets. With respect to the judgment debtor, Ronald T. Molo, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of the judgment debtor:

1. **Financial Accounts** None. Account previously maintained closed 2/1/2022.

**Account 1**

Account type: _____
Account No.: _____
Amount: $_____
Amount withheld: $_____

**Account 2**

Account type: _____
Account No.: _____
Amount: $_____
Amount withheld: $_____

**Account 3**

Account type: _____
Account No.: _____
Amount: $_____
Amount withheld: $_____

**Account 4**

Account type: _____
Account No.: _____
Amount: $_____
Amount withheld: $_____

Please return to: United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604



2. **Safety Deposit Box**   None

    Box No.:

    Amount: $ _____

    Owners other than the judgment debtor: _____

3. Detail other personal property in the respondent's possession or control:

    N/A

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?
    Yes ___ No X

If the answer is yes, describe below.

_____.

5. Does the Respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest?
    Yes ___ No X

If yes, please describe below (continue on additional sheets if necessary):

_____.

6. Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets.

    ___ The Respondent has the following objections, defenses, or set-offs to the United States' right to apply Respondent's indebtedness to defendant to the United States' claim:

    _X_ On the date the Respondent was served with the Citation to Discover Assets, Respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property belonging to Respondent, or in which the defendant has an interest.

7. The original Answer must be delivered in person or sent by first-class mail to the United States Attorney's Office, ATTN: Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604.

Please return to: United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604



8. The Respondent mailed a copy of this Answer by first-class mail to:

(A) the defendant, Ronald T Molo, at: <u>Inmate 75666-509, USP Thomson, U.S. Penitentiary, PO Box 1002 Thomson, Illinois 61285.</u>

### VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this __5th__ day of __October__, 2023.

Edwina A Beckman

*Edwina A Beckman*

(Please print and sign name.)

Phone No. 815-756-1444

Please return to: United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604



Heartland Bank and Trust Company
MEMBER FDIC

124 S. Main St.
Sycamore, IL 60178

TEMP-RETURN SERVICE REQUESTED



MEMBER HBT Financial

RECEIVED
OCT 12 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dirksen US Courthouse
219 S. Dearborn St
Chicago, IL 60604

60604-170259

CAROL STREAM IL 601
6 OCT 2023 PM 2 L

FREEDOM FOREVER USA